# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER REIMONENQ

NO. 2020 KW 1351

FEB 1 8 2021

In Re:    Peter Reimonenq, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5263-F-2020.

BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.

**WRIT GRANTED.** In accordance with the Rules of Professional Conduct, Rule 1.2(c), "[a] lawyer may limit the scope of the representation if the limitation is reasonable under the circumstances and the client gives informed consent." In the instant case, the scope of defense counsel's representation was memorialized in the "Motion for Enrollment for Pre-Indictment Representation," and on August 3, 2020, the trial court signed an order granting said motion, permitting defense counsel to represent the defendant until he was indicted with a capital offense. On November 10, 2020, the grand jury charged the defendant with two counts of first degree murder and one count of first degree feticide. Therefore, the trial court abused its discretion by ignoring the August 3, 2020 order and denying defense counsel's motion to withdraw. Accordingly, the trial court's November 25, 2020 ruling denying defense counsel's motion to withdraw is reversed and this matter is remanded to the trial court for further proceedings.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

DEPUTY CLERK OF COURT
FOR THE COURT